No. 40, Orig.   PENNSYLVANIA *v.* NEW YORK ET AL.
It is hereby ordered that John F. Davis, the Special
Master appointed in this cause, having completed his
duties, is hereby discharged.

It is further ordered that his expenditures in preparing
the supplemental report in amount of One Hundred Four
Dollars ($104) are approved.

It is further ordered that the compensation for services
of the Special Master in the supplementary proceedings
be fixed at One Thousand Dollars ($1,000) and that that
amount plus the approved expenditures shall be paid to
him by Western Union out of the funds in its possession

which are the subject of this suit and that Western Union be given credit for that amount divided pro rata among the parties who would otherwise be entitled to the money under the opinion and decree of this Court. [For earlier orders herein, see, *e. g.*, 410 U. S. 977.]